IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEL BLANFORD,<br><br>Debtor. | No. 2:22-mc-0269 WBS DB<br><br>**ORDER TERMINATING WRIT OF GARNISHMENT** |
| NATIONAL FINANCIAL SERVICES LLC,<br><br>Garnishee. | |

The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request") (ECF No. 4), and finding good cause therefrom, hereby GRANTS the Request. Accordingly, it is ORDERED THAT:

1. Pursuant to 28 U.S.C. § 3205(c)(10)(C), the Writ of Garnishment issued on September 2, 2022, is hereby TERMINATED; and

///

///

///

ORDER TERMINATING WRIT OF GARNISHMENT                    1

2. The Clerk of the United States District Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated: November 7, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\USvBlanford0269.term.writ.ord

ORDER TERMINATING WRIT OF GARNISHMENT          2